# Exhibit 2

## Court of Appeals, State of Michigan

### ORDER

In re Callahan

Docket No. 354430

LC No. 12-073990-PP

Douglas B. Shapiro
Presiding Judge

David H. Sawyer

Mark T. Boonstra
Judges

The motion to waive fees is GRANTED for this case only.

The motion for immediate consideration is GRANTED.

The complaint for superintending control is GRANTED. The Ottawa Circuit Court is DIRECTED to enter a written order deciding the plaintiff's May 22, 2020 "Motion For Disqualification Of A Judge/Court Reassignment," within 21 days of the entry of this order and to cause a copy of that order to be served on the plaintiff.

The Court does not retain jurisdiction. This order has immediate effect. MCR 7.215(F)(2).

_Presiding Judge_

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

OCT - 6 2020
Date

Chief Clerk