# Exhibit 5

Approved, SCAO

Original - Court
1st copy - LEIN (if applicable)
2nd copy - Respondent
3rd copy - Petitioner

| STATE OF MICHIGAN<br>20th JUDICIAL CIRCUIT<br>Ottawa COUNTY | ORDER ON MOTION TO<br>MODIFY, EXTEND, OR TERMINATE<br>PERSONAL PROTECTION ORDER | CASE NO.<br>12-73990-PP |
|---|---|---|

Court address: 414 Washington Room 320 Grand Haven, MI 49417

Court telephone no. (616) 846-8315

Petitioner's name: Veronica A. Marota

v

Respondent's name, address, and telephone no.: Daniel E. Callahan

Date: 11/17/2020     Judge: Miedema    Bar no. P34479

☑ 1. This order is entered ~~after hearing~~.

**THE COURT FINDS:**

2. A motion was filed to
   ☐ a. modify the personal protection order dated _____
   ☑ b. extend the expiration date of the personal protection order dated *Originally 11/19/2012 and last extended to 11/19*
   ☐ c. terminate the personal protection order dated _____

3. ☑ a. Circumstances continue to exist that would require ~~extension/modification~~ *Continuation* of the order.
   ☐ b. Circumstances do not exist that would require extension/modification of the order.
   ☐ c. Circumstances do not exist that would require continuation of the term of the order.

**IT IS ORDERED:**

☐ 4. The motion to modify the personal protection order is granted in ☐ full. ☐ part. An amended personal protection order shall be issued.

☑ 5. The personal protection order is extended from 11/19/2020 to 11/19/2022
   The court clerk shall file this order with Ottawa County Sheriff
   who shall enter the new expiration date in the LEIN system. The conditions of the existing personal protection order are continued except as to the new expiration date.

☐ 6. The motion to terminate the personal protection order is granted. The court clerk shall complete and file the Removal of Entry from LEIN (form MC 239) with the law enforcement agency named in the last order.

☐ 7. The motion to modify, extend, or terminate the personal protection order is denied and the existing personal protection order will expire on the date of that order.

8. This order is effective when signed.

Date: 11/17/2020 @ 5pm     Judge: [signature]

**CERTIFICATE OF MAILING**

*Instruction to moving party:* You must mail this order to the other party, date and sign below, and file a copy of this certificate of mailing with the court clerk as soon as possible.

I certify that on this date I served a copy of this order on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined in MCR 2.107(C)(3).

Date: 11/19/2020    Moving party: [signature]

CC 385 (3/08) ORDER ON MOTION TO MODIFY, EXTEND, OR TERMINATE PERSONAL PROTECTION ORDER    MCR 3.707